UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| HEATHER V. HENSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 5:06-CV-033-C |
| JO ANNE B. BARNHART, ) | ECF |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER OVERRULING OBJECTIONS AND ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Heather V. Hensley, pursuant to 42 U.S.C. § 405(g), is appealing a decision of the Commissioner denying her application for supplemental security income benefits. The United States Magistrate Judge entered a Report and Recommendation on August 15, 2006, and Plaintiff has filed her objections to such Report and Recommendation. The Court has made a *de novo* review of the records and finds that Plaintiff's objections should be **OVERRULED** and that the Magistrate Judge's Report and Recommendation should be **ADOPTED** as the findings of this Court. It is, therefore,

**ORDERED** that Plaintiff's Objections are overruled, that the findings and conclusions of the Magistrate Judge are hereby **ADOPTED** as the findings and conclusions of the Court, and that the above-styled and -numbered cause is dismissed with prejudice.

Dated October 19, 2006.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT